UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRIAN STEVEN POOLE** | **CIVIL ACTION NO. 5:18-cv-1125** |
| **VERSUS** | **JUDGE TERY A. DOUGHTY** |
| **CITY OF SHREVEPORT** | **MAG. JUDGE MARK L. HORNSBY** |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. No. 8)** is **DENIED**.

Monroe, Louisiana, this the 30th day of October, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**